# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510

KEVIN F. ROWE
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE

Smith

V.                             Case Number: 3:03 cv 890 (JBA)

JC Penney Corp

Notice to Clerk, Superior Court,
for the Judicial District of **Connecticut Superior Court for the Judicial District of Tolland at Rockville**

Dear Clerk:

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at New Haven, Connecticut, October 16, 2003.

KEVIN F. ROWE, CLERK

By: *Rita Warner*
Rita Warner
Deputy Clerk

Enclosures

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on _____

Assigned case number: _____

This case was received by: _____