UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PATRICIA SMITH**<br>Plaintiff(s), Petitioner(s)<br><br>against<br><br>**J. C. PENNEY CORPORATION, INC.**<br>Defendant(s), Respondent(s) | **CLIENT:** Brian J. Farrell, Jr., Esquire<br>**INDEX NO.:** 3:03 CV 0890 (JBA)<br>**DATE OF FILING:** 7/12/2003<br>**JUSTICE:** CTRH 06358<br><br>FILED<br>OCT 24  2 46 PM '03<br>U.S. DISTRICT COURT<br><br>**RETURN OF SERVICE** |

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Michele Avery, attest and say, that I am not a party to this action. I am over 18 years of age and reside in Bolton, CT.

By and at the direction of the attorney, on **September 22, 2003 at 8:10 PM at The Butler Group, 50 Westford Avenue, Stafford Springs, CT**, I served the within **Third-Party Summons and Third-Party Complaint** upon **Jon Butler**, (Defendant/Witness) herein known as Recipient.

Said service was effected in the following manner:

I made due and legal service of the within **Third-Party Summons and Third-Party Complaint** by delivering thereat a true and attested copy *of each* to **Jon Butler**, personally. I knew said person so served to be the person mentioned and described as said recipient therein because they identified themselves as such.

I describe the individual served to the best of my ability at the time and circumstances of service as follows:

Sex: **Male** Skin: **White** Hair: **Brown** Age(Approx): **36-50** Height(Approx): **5'4" - 5'8"** Weight(Approx): **161-200 lbs**
Other: **Balding and Glasses**

ATTEST:

_____
Michele Avery, Private Process Server

Service $45.00
Total Fees: $45.00

**CONNECTICUT PROCESS SERVING, LLC**
9 Beaumont Street
East Hartford, CT, 06108-1533
(860) 528-2920 , (860) 528-2720 Fax
lglprocess@aol.com  http://www.legalprocess.com

• AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

**PLAINTIFF**
PATRICIA SMITH

V. DEFENDANT AND THIRD PARTY PLAINTIFF
J. C. PENNEY CORPORATION, INC.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number:   3:03 CV 0890 (JBA)

V. THIRD PARTY DEFENDANT
JON BUTLER
THE BUTLER GROUP
50 WESTFORD AVENUE
STAFFORD SPRINGS CT
To: Name and address of Third Party Defendant
JON BUTLER, THE BUTLER GROUP, 50 WESTFORD AVENUE, STAFFORD SPRINGS CT

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Kevin C. Connors, Esquire<br>Treiber Guarnaccia & Connors<br>25 Church Street/POBox 44<br>Willimantic CT 06226<br>tel: 860/423-6308<br>(CT # 12524) | Brian J. Farrell, Jr., Esquire<br>Law Offices of DuBorg & Farrell<br>200 Glastonbury Boulevard (# 301)<br>Glastonbury CT 06033<br>tel: 860/633-4797<br>(CT # 20203) |

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEVIN F. ROWE**                                    9/12/03
CLERK                                                  DATE
_Rita W. Connor_
(By) DEPUTY CLERK